ORIGINAL

FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY M. DANIELS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>P. MANDEVILLE, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C 04-1160 JSW (PR)<br><br>[PROPOSED] ORDER GRANTING EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

Defendants in this action have filed a Request for an Extension of Time, seeking an extension of time up to and including December 30, 2005 to file their Motion for Summary Judgment. The Court has read and considered Defendants' request and the accompanying Declaration of Counsel, and, good cause appearing,

IT IS HEREBY ORDERED that Defendants Asuncion and Mohler's Request for an Extension of Time to file their Motion for Summary Judgment is GRANTED, and Defendants will have until December 30, 2005 to file their Motion for Summary Judgment.

Dated: NOV 2 8 2005

_____
Hon. Jeffrey S. White
United States District Judge

Order Granting
Ex Parte Req. for Ext. of Time

1

Daniels v. Mandeville, et al.
USDC-ND Case No. C 04-1160 JSW (PR)