IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY M. DANIELS | ) | No. C 04-1160 JSW (PR) |
| Plaintiff, | ) ) | **ORDER REGARDING SERVICE OF DEFENDANT HILDREDGE** |
| v. | ) ) | |
| SERGEANT HILDREDGE, | ) ) | (Docket Nos. 59, 62) |
| Defendants. | ) ) | |
| _____ | ) | |

     Plaintiff, a prisoner of the State of California, currently incarcerated at California State Prison-Los Angeles, filed this civil rights action pursuant to 42 U.S.C. § 1983, complaining of deliberate indifference to his safety while incarcerated at Salinas Valley State Prison ("SVSP"). On September 21, 2006, this Court granted summary judgment as to two of the three Defendants and ordered the Clerk to reissue a summons and the U.S. Marshal ("USM") to again attempt service on Defendant Hildredge, the remaining Defendant in this action.

     Thereafter, Plaintiff filed two motions seeking service of Defendant Hildredge (docket nos. 59, 62). In his motions, Plaintiff requests that the Court order service on Defendant Hildredge by service to the Attorney General or by the USM at Defendant's new job with the Department of Parole, Region II. The USM had received notification from Salinas Valley State Prison that Defendant Hildredge was no longer employed there and had transferred to Parole, Region II.

     Since receipt of the motion, the Court has requested that the USM again attempt

service on Defendant Hildredge at the Region II Parole Office.  While Plaintiff also requests service of Defendant Hildredge on the Attorney General of the State of California, because the Attorney General does not currently represent him, service on that office does not constitute valid service.  As such, Plaintiff's motions are partially GRANTED (docket nos. 59, 62), in that the Court has requested the USM to attempt service on Defendant Hildredge at the Parole, Region II address.  Summons was reissued by the Clerk of the Court for service on Defendant Hildredge on May 23, 2007.  As of this date, the Court has not received a response from the USM regarding whether service has been effected on this Defendant at that address.

Federal Rule of Civil Procedure 4(m) contemplates that service of process normally will be accomplished within four months of the filing of the complaint. Although the Court can have the USM serve process on a named defendant, it is the plaintiff's responsibility to provide a current address for each defendant to be served. Therefore, in addition to the efforts made by the USM, Plaintiff should provide a current address for Defendant Hildredge if is able within sixty days from the date of this order, so that Hildredge can be served with process.  If Defendant Hildredge cannot be located by the USM and Plaintiff fails to provide a current service address for Defendant Hildredge where he can be served, Hildredge will be dismissed without prejudice from this action.  *See* Fed. R. Civ. P. 4(m); *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994).

IT IS SO ORDERED.

DATED: June 20, 2007

JEFFREY S. WHITE  
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIELS,

        Plaintiff,

  v.

MANDEVILLE et al,

        Defendant.

Case Number: CV04-01160 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey M. Daniels
C05131
CSP-Lancaster
P.O Box 8457
A1-248
Lancaster, CA 93539-8457

Julianne Mossler
Attorney at Law
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Dated: June 20, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk