IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY M. DANIELS | ) | No. C 04-1160 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | ) | |
| SERGEANT HILDREDGE, | ) | |
| Defendants. | ) | |

Plaintiff, a prisoner of the State of California, currently incarcerated at California State Prison-Los Angeles, filed this civil rights action pursuant to 42 U.S.C. § 1983, complaining of deliberate indifference to his safety while incarcerated at Salinas Valley State Prison ("SVSP").  On September 21, 2006, this Court granted summary judgment as to two of the three Defendants and ordered the Clerk to reissue a summons and the U.S. Marshal ("USM") to again attempt service on Defendant Hildredge, the remaining Defendant in this action.

Federal Rule of Civil Procedure 4(m) contemplates that service of process normally will be accomplished within four months of the filing of the complaint. Although the Court can have the USM serve process on a named defendant, it is the plaintiff's responsibility to provide a current address for each defendant to be served.

After the Court and the USM made numerous attempts to effect service on Defendant Hildredge at Salinas Valley State Prison and again at the Parole, Region II office, where he was no longer working and to obtain a current address for him, the

1    Court notified Plaintiff on June 20, 2007, that he must provide to the Court no later thirty
2    days from the date of the order a current service address for Defendant Hildredge.
3    Plaintiff was notified that if he did not provide such an address, Hildredge would be
4    dismissed without prejudice from this action.  *See* Fed. R. Civ. P. 4(m); *Walker v.*
5    *Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994).
6            Subsequent to the date of that order, this Court sent a letter to the Legal Affairs
7    Department of the California Department of Corrections and Rehabilitation, requesting a
8    forwarding address for Hildredge, who was no longer working at either Salinas Valley or
9    Parole, Region II.  On July 11, 2007, the Court received a response from Staff Attorney
10   Alan Sewell, informing the Court that no forwarding address could be located for
11   Defendant Hildridge.  Because the letter misspelled this Defendant's surname, the Court
12   Clerk contacted Sewell, who informed the Court that no forwarding address was on file
13   for Defendant Hildredge, under either spelling.
14           Since the Court's order of June 20, 2007, Plaintiff also filed a notice with the
15   Court that he had no current address or other information by which the USM could make
16   further service attempts on Defendant Hildredge.  As such, the case is dismissed without
17   prejudice.  The Clerk shall enter judgment and close the file.
18           IT IS SO ORDERED.
19   DATED: September 5, 2007

                                                            JEFFREY S. WHITE
                                                            United States District Judge

                                                2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIELS,

        Plaintiff,

  v.

MANDEVILLE et al,

        Defendant.

Case Number: CV04-01160 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey M. Daniels
C05131
CSP-Lancaster
P.O Box 8457
A1-248
Lancaster, CA 93539-8457

Julianne Mossler
Attorney at Law
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Dated: September 5, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk